JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MOHAMMED HISBULLAH RIZU,

            Petitioner,

v.

FERETI SAMAIA, et al.,

            Respondents.

Case No. 5:26-cv-03524-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 8, 2026

_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE